

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00171-CR

MICKEY WAYNE LEWIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 46855-B

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Appellant Mickey Wayne Lewis was convicted of failing to register as a sex offender and sentenced to eight years' imprisonment. Lewis has appealed from that conviction and the resulting sentence. On December 3, 2019, Lewis' court-appointed appellate counsel, Jason Cassel, filed an *Anders*[1] brief, and on December 18, 2019, Lewis filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Lewis' motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Lewis' access to the record.

To ensure that Lewis receives a complete copy of the appellate record in a timely manner, we instructed our clerk's office to forward a complete paper copy of the appellate record to Lewis at the Bradshaw Unit of the Texas Department of Criminal Justice in Henderson, Texas. Allowing fifteen days for the record to be delivered to Lewis and giving Lewis thirty days to prepare his pro se response, we hereby set February 6, 2020, as the deadline for Lewis to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

Date:    December 23, 2019

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

[2] *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).